UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON ANDREWS,<br><br>            Plaintiff,<br><br>      v.<br><br>PRIDE INDUSTRIES, JEAN ZURBUCHEN, CHRISTIE PYLE, MIKE BUCHANAN, as individuals and Does 1–10, Inclusive,<br><br>            Defendants. | No. 2:14-cv-02154-KJM-AC<br><br><br><br>ORDER |

On September 23, 2014, defendant Pride Industries ("Pride") filed a motion to dismiss. (ECF No. 6.) Plaintiff Napoleon Andrews has not filed an opposition.

Accordingly, it is hereby ordered that within twenty-one (21) days of the entry of this Order, plaintiff shall file a response to Pride's pending motion, or plaintiff's First Amended Complaint shall be dismissed with leave to amend.

IT IS SO ORDERED.

DATE: October 16, 2014.

_____
UNITED STATES DISTRICT JUDGE

1