UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON ANDREWS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PRIDE INDUSTRIES, JEAN ZURBUCHEN, CHRISTIE PYLE, MIKE BUCHANAN, as individuals, and DOES 1–10, inclusive,<br><br>　　　　　Defendants. | No. 2:14-CV-02154-KJM-AC<br><br><br>ORDER |

Having considered the unopposed *ex parte* application filed April 24, 2015, ECF No. 22, requesting an extension of time to complete jurisdictional discovery and to file an amended complaint, the court concludes plaintiff has made the requisite showing of good cause.

Plaintiff shall complete jurisdictional discovery no later than May 30, 2015, and submit an amended complaint no later than June 15, 2015.

IT IS SO ORDERED.

DATED: April 30, 2015

_____
UNITED STATES DISTRICT JUDGE

1