1  Andrea Rosa, State Bar No. 122658

2  THE ROSA LAW GROUP

   9290 West Stockton Boulevard, Suite 107

3  Elk Grove, CA  95758

   Telephone: 916-647-9425

4  Facsimile:  916-667-9558

5  andrea.rosa@therosalawgroup.com

6  Attorney for Plaintiff

7  Napoleon Andrews

8

9                  UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  **Napoleon Andrews,**              Case No. 2:14-CV-02154-KJM-AC
                                        Assigned to: Hon. Kimberly J. Mueller
13                    Plaintiff,        Courtroom:  3

14        v.

15  **PRIDE Industries, Jean Zurbuchen,**   **Order On Plaintiff's Ex-Parte Application**
    **Christie Pyle, Mike Buchanan, as**     **And Order Extending Time 1)To Oppose**
16  **individuals and Does 1-10, Inclusive,** **Defendants' Motion For Summary**
                                              **Judgment; 2) To Conduct The**
17                                            **Deposition Of Defendant Pride FRCP**
                                              **30(B)(6) [Pursuant to Rule 144(c)]**
18                    Defendants.

19                                        **Judge:   Honorable Kimberly J. Mueller**

20

21

22        Plaintiff's request that this Court extend the time for Plaintiff to file an opposition to

23  defendants' motion to summary judgment currently due April 22, 2016 to May 6, 2016 is

24  **GRANTED**.  Accordingly, defendants' Motion for Summary Judgment, ECF No. 65, previously

25  set for May 6, 2016 is RESET for May 20, 2016.

26

27

28
**Order On Plaintiff's Ex-Parte Application And Order Extending Time 1)To Oppose Defendants' Motion For Summary Judgment; 2) To Conduct The Deposition Of Defendant Pride FRCP 30(B)(6) [Pursuant to Rule 144(c)]**

Plaintiff's request that this Court extend the deadline for Plaintiff to conduct the deposition of Defendant PRIDE Industries FRCP 30(b)(6) from April 15, 2016 to April 29, 2016 is **GRANTED**.

**IT IS SO ORDERED.**

DATED:  April 24, 2016

_____
UNITED STATES DISTRICT JUDGE

**Order On Plaintiff's Ex-Parte Application And Order Extending Time 1)To Oppose Defendants' Motion For Summary Judgment; 2) To Conduct The Deposition Of Defendant Pride FRCP 30(B)(6) [Pursuant to Rule 144(c)]**