**GILBERT, KELLY, CROWLEY & JENNETT LLP**
DAVID M. DANIELS, BAR NO. 170315
JENNIFER CALDERON SCHMULDT, BAR NO. 234448
1013 Galleria Boulevard, Suite 205
Roseville, California  95678-1363
(916) 472-3300; FAX: (213) 615-7100

**MAILING ADDRESS:**
550 South Hope Street, 22nd Floor
Los Angeles, California  90071-2627
(213) 615-7000; FAX (213) 615-7100

Attorneys for Defendants
PRIDE INDUSTRIES and JEAN ZURBUCHEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON ANDREWS,<br><br>    Plaintiff,<br>    v.<br><br>PRIDE INDUSTRIES, JEAN ZURBUCHEN, as individuals and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 2014-CV-02154-KJM-AC<br><br>Assigned to the Hon. Kimberly J. Mueller<br><br>**JOINT STIPULATION AND ORDER CONTINUING FILING AND SERVICE DEADLINE FOR JOINT PRE-TRIAL CONFERENCE STATEMENT AND FINAL PRE-TRIAL CONFERENCE** |

Plaintiff NAPOLEON ANDREWS ("Plaintiff"), and Defendants PRIDE INDUSTRIES and JEAN ZURBUCHEN (collectively referred to as "PRIDE"), constituting all the parties appearing in this action, through the undersigned counsel of record, hereby stipulate to continue the deadline for filing and service of the **Joint Pre-Trial Conference Statement** and all supporting materials from June 30, 2016, to **July 8, 2016**, and further stipulate to continue the **Final Pre-Trial Conference** from Thursday, July 21, 2016, to **Friday, July 22, 2016**.

**Reasons for Continuance**.  Due to previous modifications of the Court's Status (Scheduling and Pre-Trial Order), PRIDE'S Motion for Summary Judgment was not heard until May 18, 2016.  To date, the parties have not received the Court's Order on this substantive and dispositive motion, which will no doubt affect the proposed exhibits, witnesses, *motions in limine*, and other trial matters that are to be submitted with the Joint Pre-Trial Conference Statement.  In

Gilbert, Kelly Crowley & Jennett LLP
Attorneys at Law

JOINT STIPULATION AND ORDER CONTINUING FILING AND SERVICE DEADLIE FOR JOINT PRE-TRIAL CONFERENCE STATEMENT AND FINAL PRE-TRIAL CONFERENCE
4041687.1  07181-00002  DMD

order to allow time for the Court to rule upon said motion, and for the parties to prepare accordingly for the compilation of the Joint Pre-Trial Statement, and the Final Pre-Trial Conference, the dates should be continued to a reasonable and available date for the parties, and for the Court's calendar.  The parties wish to have the current trial date of August 29, 2016, remain undisturbed.  The continuance of the above-related dates would still provide more than a month of time between the Final Pre-Trial Conference and the Trial date of August 29, 2016, to allow the current trial to remain even with the grant of this proposed continuance.  The parties are informed that the Court is currently available on the dates to which they Stipulate.

Now, therefore, **IT IS STIPULATED** by and between all parties to this action as follows:

1. That the filing and service deadline for the **Joint Pre-Trial Conference Statement**, currently set for **June 30, 2016**, be continued to **July 8, 2016**; and

2. That the **Final Pre-Trial Conference**, currently set for Thursday, July 21, 2016, be continued to **Friday, July 22, 2016**.

**SO STIPULATED.**

                                              ROSA LAW GROUP

Dated:                                        /s/Andrea Rosa
                                              ANDREA ROSA
                                              Attorney for Plaintiff, NAPOLEON
                                              ANDREWS


                                              GILBERT KELLY CROWLEY & JENNETT

Dated: June 24, 2016                          /s/ Jennifer C. Schmuldt
                                              DAVID M. DANIELS
                                              JENNIFER C. SCHMULDT
                                              Attorneys for Defendants, PRIDE
                                              INDUSTRIES, AND JEAN ZURBUCHEN

/././

**ORDER**

Based on the Joint Stipulation of the parties, the court's schedule and good cause appearing therefor, **IT IS ORDERED** that the filing and service deadline for the Joint Pre-Trial Conference Statement, currently set for June 30, 2016, be and hereby is continued to July 15, 2016.  **IT IS FURTHER ORDERED** that the Final Pre-Trial Conference currently set for Thursday, July 21, 2016 at 3:30 p.m., be and hereby is continued to Friday, July 29, 2016 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:  June 28, 2016

_____
UNITED STATES DISTRICT JUDGE

**Gilbert, Kelly Crowley & Jennett LLP**
Attorneys at Law

-3-
JOINT STIPULATION AND ORDER CONTINUING FILING AND SERVICE DEADLINE FOR JOINT PRE-TRIAL CONFERENCE STATEMENT AND FINAL PRE-TRIAL CONFERENCE

4041687.1  07181-00002