UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON ANDREWS,<br><br>  Plaintiff,<br><br>  v.<br><br>PRIDE INDUSTRIES, et al.,<br><br>  Defendants. | No. 2:14-cv-02154 KJM AC<br><br><br>ORDER |

This matter is before the court on the motion to quash filed by third party Chuck Whitecotton. ECF No. 124. This third party motion pertains to a discovery matter and was accordingly referred to the undersigned pursuant to Local Rule 302(c)(1). Good cause appearing, the parties are ORDERED to:

(1) Respond in writing to Mr. Whitecotton's motion to quash by Monday, August 14, 2017; and

(2) Include in their briefs a statement regarding the ability to proceed with the evidentiary hearing scheduled for August 22, 2017 if the motion to quash is granted.

DATED: August 7, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE