Andrea Rosa, State Bar No. 122658
**THE ROSA LAW GROUP**
9245 Laguna Springs Drive, Suite 175
Elk Grove, CA  95758
Telephone: 916-647-9425
Facsimile:  916-667-9558
andrea.rosa@therosalawgroup.com

Attorney for Plaintiff
**Napoleon Andrews**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Napoleon Andrews,**<br><br>             Plaintiff,<br>     v.<br><br>**PRIDE Industries, Jean Zurbuchen, as an individual and Does 1-10, inclusive,**<br><br>             Defendants. | Case No. 2:14-CV-02154-KJM-AC<br><br>**Assigned to: Hon. Kimberly J. Mueller**<br>**Courtroom:  3**<br><br>**Stipulated Request and [Proposed] Order To Continue Deadline To File Post-Trial Briefs Regarding Proposed Findings Of Fact** |

This stipulation is made by and between Plaintiff Napoleon Andrews ("Plaintiff"), and Defendants PRIDE Industries and Jean Zurbuchen ("Defendants"), in light of the following facts:

WHEREAS, an evidentiary hearing of facts related to the issue of federal enclave jurisdiction on Travis Air Force Base took place on August 22, 2017 in Department 26 of this Court, in front of Magistrate Judge Allison Claire;

WHEREAS, each of the parties was either present or represented at that hearing;

WHEREAS, each of the parties has received and reviewed the transcript of proceedings which took place on August 22, 2017;

- 1 -

WHEREAS, Magistrate Judge Claire has asked that the parties submit briefs with proposed findings of fact relevant to the issue of federal enclave jurisdiction within two weeks of the court reporter's filing of the hearing transcript with the Court;

WHEREAS, on September 13, 2017, Magistrate Judge Claire at the request of the parties' stipulation to extend the deadline to file post-trial briefs regarding the findings of fact extended the deadline to September 22, 2017.

WHEREAS, on September 20, 2017, the island of Puerto Rico was devastated by the strongest hurricane ever since the depression. Plaintiff's counsel is from the island. All of her family lives on the island and there has been no communication from the mainland United States to the island, thus, she has yet to hear from her 85-year-old mother, sisters, other family members and friends. Plaintiff's counsel has been unable to concentrate and focus on work-related matters since the hurricane landed. An additional three days would assist Plaintiff's counsel in focusing the respective brief to contested proposed findings of fact.

In the interest of efficiency and focusing the Court's attention on contested facts, the Parties hereby **AGREE AND STIPULATE AND JOINTLY REQUEST** that the Court find good cause to continue the deadline for submission of final briefs by one week – to be filed on or before **September 25, 2017**.

Dated: September 22, 2017          Respectfully submitted,

                                   THE ROSA LAW GROUP

                                   By:      /s/Andrea Rosa
                                   ANDREA ROSA
                                   Attorney for Plaintiff
                                   Napoleon Andrews


Dated: September 22, 2017          FREEMAN MATHIS & GARY, LLP

                                   By:      /s/ Melissa M. Whitehead
                                   David M. Daniels
                                   Melissa M. Whitehead
                                   Attorneys for Defendant PRIDE INDUSTRIES and JEAN ZURBUCHEN

- 2 -
**Stipulated Request and [Proposed] Order To Continue Deadline To File Post-Trial Briefs Regarding Proposed Findings Of Fact**

# ORDER

Based on the Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED** that the filing and service deadline for filing the Post-Trial Briefs, currently set for September 22, 2017, be and hereby is continued to September 25, 2017.

**IT IS SO ORDERED.**

DATED: September 22, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE